UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DARRELL FOYE,<br><br>        Petitioner,<br><br>    v.<br><br>RONALD H. CATHEL, et al.,<br><br>        Respondents. | Civil No. 04-6217 (FLW)<br><br>**O R D E R** |

For the reasons set forth in the Court's Opinion filed herewith,

It is on this  22nd  day of  July,  2008,

ORDERED that Petitioner's motion for an extension of the "stay and abeyance" of his petition for a writ of habeas corpus under 28 U.S.C. § 2254, which had been stayed pursuant to the Court's August 16, 2005 and August 23, 2006 Orders (Docket Entry Nos. 4 and 6), is DENIED; and it is further

ORDERED that the Clerk of the Court shall RE-OPEN this matter, and Petitioner shall file his one all-inclusive habeas petition within thirty (30) days from the entry of this Order.

                                              s/Freda L. Wolfson
                                              FREDA L. WOLFSON
                                              United States District Judge